# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN

## CRIMINAL MINUTE SHEET

**USA v.** MICHELLE DENISE SMITH | **District Judge:** Robert Holmes Bell

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:07-CR-210 | 12/12/07 | 9:30 - 9:45 a.m. | Grand Rapids | |

### APPEARANCES

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Rene Shekmer | Richard Stroba | FPD Appointment |

### TYPE OF HEARING
- ___ Arraignment:
  - ___ mute
  - ___ not guilty
  - ___ guilty
  - ___ nolo contendre
- ___ Final Pretrial Conference
- ___ Detention (waived ___)
- ___ Motion Hearing
- ___ Revocation/SRV/PV
- ___ Bond Violation
- ✓ Change of Plea
- ___ Sentencing
- ___ Trial
- ___ Other:

### DOCUMENTS
- ___ Defendant's Rights
- ___ Waiver of Indictment
- ___ Other: _____

Court to Issue:
- ___ Order of Detention
- ✓ Notice of Sentencing
- ___ Order Appointing Counsel
- ___ Other: _____

### CHANGE OF PLEA
Charging Document:
- ✓ Read    ___ Reading Waived

Guilty Plea to Count(s) 1 of the Indictment

Count(s) to be dismissed at sentencing: _____

- ✓ Presentence Report Ordered
- ___ Presentence Report Waived
- ✓ Plea Accepted by the Court
- ___ Plea Taken under Advisement
- ✓ No Written Plea Agreement

### SENTENCING

Imprisonment: _____
Probation: _____
Supervised Release: _____
Fine: $_____
Restitution: $_____
Special Assessment: $_____

Plea Agreement Accepted: ___ Yes ___ No
Appeal Packet Given: ___ Yes ___ No
Conviction Information:
Date: _____
By: _____
As to Count(s): _____

**ADDITIONAL INFORMATION:**

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Continued on Bond | $ _____ |

**CASE TO BE:** Set for Hearing | **TYPE OF HEARING:** Sentencing

**Reporter/Recorder:** Kevin Gaugier | **Case Manager:** S. Bourque