UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                          CASE NO. 1:07-cr-210

MICHELLE DENISE SMITH,
                                                           HON. ROBERT HOLMES BELL

    Defendant.
_____/

## MEMORANDUM OPINION

    This matter is before the Court on defendant's Motion for Modification or Reduction of Sentence Pursuant to 18 U.S.C. §3582(c)(2) on the basis of Amendment 750 (docket #44). The Probation Department has filed a Report of Eligibility (ECF No. 59) and finds the defendant is ineligible for a reduction of sentence based upon Guideline Amendment 750 because the defendant is a career offender and there is no change in the guideline range. No objections to the report of eligibility have been filed.

    ACCORDINGLY, defendant's motion (docket #44) is **DENIED**.


Dated: June 28, 2016                                          /s/ Robert Holmes Bell
                                                                  ROBERT HOLMES BELL
                                                                  UNITED STATES DISTRICT JUDGE