PageID.391   Filed 09/20/22   Page 1 of 1

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
399 FEDERAL BUILDING
110 MICHIGAN N.W.
GRAND RAPIDS, MICHIGAN 49503-2363

OFFICIAL BUSINESS

DISTRICT COURT
ICT OF MICHIGAN
N DIVISION

CASE NO. 1:07-cr-210

HON. ROBERT J. JONKER

**FILED - GR**
September 26, 2022  1:43 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ns   SCANNED BY: JW / 9-27

Michelle Denise Smith
1007 N Rose St.
Kalamazoo, MI 49007

ORDER

on of her supervised release (ECF No. 80).  The

unsel for the government shall file a response to

f this order.

_Robert J. Jonker_
BERT J. JONKER
TED STATES DISTRICT JUDGE

SMITH, MICHELLE
MOVED LEFT NO ADDRESS
UNABLE TO FORWARD
RETURN TO SENDER

GRAND RAPIDS MI 493
20 SEP 2022 PM 4 L

neopost
09/20/2022
US POSTAGE $00.57⁰
FIRST-CLASS MAIL
ZIP 49503
041L11246824